**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Matthew McKay Coman
Garcia & Artigliere
400 Poydras Str., Suite 2045
New Orleans LA 70130

Jordan M. Jeansonne
Garcia & Artigliere
400 Poydras Str. Suite 2045
New Orleans LA 701030

Judgment on rehearing rendered and mailed to all parties or counsel of record on October 5, 2022

**REHEARING ACTION: October 5, 2022**

**Docket Number: 22   00307-CW**

**LORENA ARCENEAUX**
**VERSUS**
**RESTHAVEN NURSING &**
**REHABILITATION CENTER LLC, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2021-3033 -E**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jonathan W. Perry**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lorena Arceneaux** has this day been

    **DENIED.**

cc: Troy Allen Broussard, Counsel for the Applicant